IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA




NOV 24 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

| | |
|---|---|
| GAVIN MEHL | ) |
|      Plaintiff | ) |
| | ) |
| v. | )  Civil Action No. 2:20-cv-02099-TLN-AC |
| | ) |
| ZIP CAPITAL GROUP, LLC | ) |
|      Defendant | ) |

## REQUEST FOR ENTRY OF DEFAULT

Comes now GAVIN MEHL and hereby requests the Clerk to enter a default against the defendant, ZIP CAPITAL GROUP, LLC, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Gavin: Mehl.
_____
Attorney for Plaintiff

** A certificate of service must be attached to this pleading.

Gavin Mehl
1400 36th Street
Sacramento, California ~95816
(917)304-6089 emergency cell
mehlgavin@gmail.com

Plaintiff in *Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL<br><br>Plaintiff,<br><br>vs.<br><br>ZIP CAPITAL GROUP, LLC<br><br>Defendant. | Case No.: 2:20-cv-02099-TLN-AC |

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

I, GAVIN MEHL ("Plaintiff"), hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am the Plaintiff in the above captioned matter.

2. Pursuant to Fed. R. Civ. P. 55 I make this request for the clerk to enter default judgment against ZIP CAPITAL GROUP, LLC ("Defendant") for failure to plead or otherwise defend and in support of this application do show that:

   A. The summons October 23, 2020;

-1-

Affidavit ISO Entry of Clerk's Default

1
2   B. The Clerk fixed a deadline of 21 days after service of the summons for serving the answer or motion.
3
4   C. The Summons and Complaint was served on October 30, 2020.
5   D. The affidavit of service filed via first class mail on November 2, 2020.
6   E. No answer or motion has been received within the time limit fixed by the court;
7   F. The defendant is not in the military service, as required by 50 U.S.C. App. § 521.
8
9   G. The defendant is not an infant or incompetent person, as is required by Fed. R. Civ. P. 55(b)(1).
10
11  H. Copies of this Affidavit and Motion In Support of with attachment, seeking entry of
12      default judgment, which are being filed herewith, have this date been served upon
13      the defendant by regular mail, postage prepaid.
14  I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States
15  of America that the foregoing is true and correct.
16
17
18  Executed On November 24, 2020         /s/ Gavin: Mehl
                                          _____
19                                        GAVIN MEHL
                                          Plaintiff *Pro Se*
20
21
22
23
24
25
26
27
28

-2-

Affidavit ISO Entry of Clerk's Default

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>GAVIN MEHL<br>GAVIN MEHL<br>1400 36TH ST.<br>SACRAMENTO, CA ~95816<br>  TELEPHONE NO: (917) 304-6089   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mehlgavin@gmail.com<br>  ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>  STREET ADDRESS: 501 I ST #3200<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: SACRAMENTO, 95814<br>  BRANCH NAME: SACRAMENTO DISTRICT COURT | |
| PLAINTIFF / PETITIONER: GAVIN MEHL<br>DEFENDANT / RESPONDENT: ZIP CAPITAL GROUP, LLC | CASE NUMBER:<br>2:20-CV-02099-TLN-AC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>5022508 (26) |

1. At the time of service I was 18 years of age and not a party to this action.

2. I served copies of the:
   SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING STATUS CONFERENCE; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION

3. Party served: ZIP CAPITAL GROUP, LLC

4. Address where the party was served:
   26 EXECUTIVE PARK SUITE 100
   IRVINE, CA 92612

5.b.I served the party on: **DATE: Oct 30, 2020 TIME: 10:39 am**

   I served the party by **personal service. I left the items in item 2 with the defendant personally.**

   I left the documents listed in Item 2 with or in the presence of
   **JOHN DOE, PERSON IN CHARGE (HISPANIC, MALE, 40 YEARS OLD, BLACK HAIR, BROWN EYES, 5'7", 160 POUNDS)**

   Physical Description:



| | |
|---|---|
| 7.a. JOHN SHULTZ<br>b. C/O United Legal<br>4110 Truxel Rd, Suite 150<br>Sacramento, CA 95834<br>c. 855-401-8834<br>d. Fee: $85.00 | e. California Registered Process Server<br>Independent Contractor (not employee)<br>Registration # 2407<br>County: ORANGE COUNTY |

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
DATE: 11/02/2020

JOHN SHULTZ - FILE BY FAX

FILE BY FAX

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev, Jan 1, 2007]

Code of Civil Procedure, Sec 417.10

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 10/30/2020 AT 10:00 AM |
| NAME OF SERVER (PRINT) JOHN SHULTZ | TITLE  CALIFORNIA REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.   ON 10/30/2020 AT 10:39 AM

☒ Name of person with whom the summons and complaint were left:____JOHN DOE, PERSON IN CHARGE

☐ Returned unexecuted:_____

☐ Other (specify):___JOHN DOE (HISPANIC, MALE, 40 YEARS OLD, BLACK HAIR, BROWN EYES, 5'7", 160 POUNDS)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/13/2020
                    Date

*Signature of Server*

4110 TRUXEL RD. STE. 150 SACRAMENTO, CA 95834

*Address of Server*

| | |
|---|---|
| Gavin Mehl<br>1400 36TH St.<br>Sacramento, Cal, ~95816<br>Phone: (917) 304-6089<br>mehlgavin@gmail.com | |
| In the United States District Court<br>For The Eastern District of California<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 | CASE NO:<br>2:20-CV-02099-TLN-AC |

### PROOF OF SERVICE

[In accordance with Rule 7004(b) and Pursuant to California Rules of Court Emergency Rule 12]

1. I am at least 18 years old.
   a. My home or business address is (specify):

   1400 36th Street Sacramento, Cal ~95816

   b. My Electronic service address is (specify):

   mehljohn67@gmail.com

2. I electronically served the following document (exact titles):

   **1) Request for Entry of Default and Affidavit ISO**

3. I served the documents listed in 2 as follows via first class mail postage prepaid:

| | |
|---|---|
| a. Name of person served:<br>b. Address of the person Served<br>c. Electronic service address of person served: | Zip Capital Group, LLC<br>26 Executive Park Suite 100<br>Irvine, CA 92612 |

4. On (date): November 24, 2020

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

| | |
|---|---|
| John Mehl - Date November 24, 2020 | /s/ John Mehl |
| (Type or Print name of Declarant) | (Autograph of Declarant) |