UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, | No. 2:20-cv-02099-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| ZIP CAPITAL GROUP, LLC, | |
| Defendant. | |

Plaintiff Gavin Mehl ("Plaintiff"), proceeding *pro se*, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On February 11, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 11, 2021 (ECF No. 17), are ADOPTED IN FULL;

2. Defendant's Motion (ECF No. 15) is GRANTED IN PART and DENIED IN PART as follows:

    a. GRANTED to the extent it seeks to set aside default, and

    b. DENIED as improperly filed, without prejudice to refiling in compliance with the Local Rules, to the extent it seeks dismissal and a stay;

3. Plaintiff's Motion for Default Judgment (ECF No. 13) is DENIED as moot; and

4. Defendant is ordered to file an answer to the Complaint, or other responsive pleading, within 14 days of the electronic filing of this Order.

IT IS SO ORDERED.

DATED:  March 19, 2021

                Troy L. Nunley
                United States District Judge