UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, | No. 2:20-cv-2099 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| ZIP CAPITAL GROUP, LLC, | |
| Defendant. | |

On April 6, 2021, the court ordered plaintiff and defendant to meet and confer and submit a joint status report by April 14, 2021 so that this case could be scheduled. ECF No. 20. The parties have not submitted a joint statement. Neither plaintiff nor defendant has filed any document indicating an attempt to meet and confer as ordered.

Good cause appearing, IT IS HEREBY ORDERED that the parties shall show cause, in writing, within 10 days, why the failure to submit a joint statement or give notice to the court of the inability to obtain a joint statement should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a joint statement or notice of a party's refusal to

////

////

///

1

meet and confer within this timeframe will serve as cause and will discharge this order. If there is no response, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: April 15, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE