Gavin Mehl
1400 36th Street
Sacramento, California 95816
(917) 304-6809 (emergency call)
mehlgavin@gmail.com

Plaintiff in *Pro Se*

FILED
MAY 17 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL,<br><br>    Plaintiff,<br><br>v.<br><br>ZIP CAPITAL GROUP, LLC,<br><br>    Defendants. | Case No. 2:20-cv-2099-TNL-AC (PS)<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br>[Local Rule 270(d)]<br><br>Date: Wednesday May 26, 2021<br>Time: 1:00 PM<br>Judge: Hon. Dennis M. Cota |

To ZIP CAPITAL GROUP, LLC, Defendant, and to JOSHUA THOMAS, Esq. and DAVID J. KAMINSKI, Esq. attorneys of record for the Defendant:

NOTICE IS HEREBY GIVEN purusuant to Local Rule 270(d), on Monday May 17, 2021, Plaintiff Gavin Mehl submitted a confidential settlement statementto the court room clerk at: dmcorders@caed.uscourts.gov.

Dated: May 17, 2021.

Respectfully submitted,

By:/s/ :Gavin: Mehl._____
Gavin Mehl
Plaintiff, *Pro Se*

- 1 -
PLAINTIFF'S NOTICE OF SUBMISSION SETTLMENT STATEMENT    CASE # 2:20-CV-02099-TLM-AC

# I. PROOF OF SERVICE

| | |
|---|---|
| Gavin Mehl<br>1400 36TH St.<br>Sacramento, Cal, ~95816<br>Phone: (917) 304-6089<br>mehlgavin@gmail.com | |
| In the United States District Court<br>For The Eastern District of California<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 | CASE NO: 2:20-CV-02099-TLN-AC |

**PROOF OF SERVICE**

[In accordance with Cal. Civ. Proc. Code § 1010.6(e) & Fed. R. Civ. P. 4]

1. I am at least 18 years old.
   1. My home or business address is (specify):

1400 36th Street Sacramento, Cal ~95816

   b. My Electronic service address is (specify):

mehlgavin@gmail.com

2. I electronically served the following documents (exact titles):

**1) NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT;**

3. I electronically served the documents listed in 2 as follows:

| | |
|---|---|
| a. Name of person served:<br>b. Address of the person Served | **Joshua L. Thomas**<br>Law Offices of Joshua L. Thomas PLLC<br>225 Wilmington-West Chester Pike<br>Suite 200<br>Chadds Ford, PA 19317<br>(215) 806-1733<br>(888) 314-8910 (fax)<br>joshualthomas@gmail.com |

| c. Name of person served: | **David Jay Kaminski** |
|---|---|
| d. Address of the person Served | Carlson & Messer LLP |
| | 5901 West Century Boulevard, |
| | Suite 1200 |
| | Los Angeles, CA 90045 |
| | 310-242-2200 |
| | kaminskd@cmtlaw.com |

4. On (date):       May 17, 2021

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Gavin Mehl- Date May 17, 2021                /s/ :Gavin: Mehl.

(Type or Print name of Declarant)