# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL,<br><br>  Plaintiff,<br><br>  v.<br><br>ZIP CAPITAL GROUP, LLC, et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM. | No. 2:20-CV-2099-TLN-AC<br><br><br><u>ORDER</u> |

Plaintiff, who is proceeding pro se, brings this civil action. The parties appeared before the undersigned on May 26, 2021, for a settlement conference at which time the parties were able to settle the matter. The Court directed defense counsel to prepare settlement documents and to pay settlement proceeds within 30 days of the date settlement documents were fully executed. The Court also expected that dispositional documents (i.e., a stipulation or notice for voluntary dismissal) would be filed with the Court forthwith. To date, dispositional documents have not been filed and this settled action remains open on the Court's docket. Defense counsel shall show cause in writing within 10 days of the date of this order why dispositional documents have not yet been filed. The filing of either a notice or stipulation of

voluntary dismissal shall constitute an adequate response to this order.

         IT IS SO ORDERED.

Dated:  August 12, 2021

                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE