Joshua Thomas Esq. (Pro Hac Vice)
JoshuaLThomas@gmail.com
LAW OFFICES OF JOSHUA L. THOMAS, PLLC
225 Wilmington-West Chester Pike, Suite 200
Chadds Ford, PA 19317
(215) 806-1733

Attorneys for Defendant
ZIP CAPITAL GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN MEHL, | CASE NO. 2:20-cv-02099-TLN-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ZIP CAPITAL GROUP, LLC, | |
| Defendant. | |
| AND RELATED COUNTER-ACTION | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and jointly requested by the parties to this case, through their respective counsel, that that the above-entitled actions shall be dismissed in their entirety, with prejudice. Each party shall bear its own costs and expenses.

/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

DATED: August 20, 2021          By:   s/Joshua L. Thomas
                                      Joshua L. Thomas
                                      Law Offices of Joshua L. Thomas, PLLC
                                      Attorneys for Defendant
                                      ZIP CAPITAL GROUP, LLC


DATED: August 20, 2021          By:   s/Gavin Mehl    *Gavin. Mehl.*
                                      Gavin Mehl
                                      Plaintiff in Pro Per

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Plaintiff, and that I have obtained Plaintiff's authorization to affix his electronic signature to this document.

DATED: August 20, 2021                By:   s/Joshua L. Thomas
                                                            Joshua L. Thomas
                                                             Law Offices of Joshua L. Thomas, PLLC
                                                             Attorneys for Defendant
                                                             ZIP CAPITAL GROUP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL WITH PREJUDICE was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: August 20, 2021  By:  s/Joshua L. Thomas
Joshua L. Thomas
Law Offices of Joshua L. Thomas, PLLC
Attorneys for Defendant
ZIP CAPITAL GROUP, LLC